UNITED STATES of America,
Plaintiff–Appellee,

v.

Preston Cornelius EVERETT, a/k/a
P, Defendant–Appellant.

No. 13–7836.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 25, 2014.

Decided: March 28, 2014.

Preston Cornelius Everett, Appellant
Pro Se. Dana James Boente, Acting United States Attorney, Alexandria, Virginia,
for Appellee.

Before GREGORY, KEENAN, and
WYNN, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Preston Cornelius Everett appeals the
district court's order denying his motion to
correct a clerical error pursuant to Federal Rule of Criminal Procedure 36. We
have reviewed the record and find no reversible error. Accordingly, we affirm for
the reasons stated by the district court.
*United States v. Everett,* No. 1:05–cr–
00019–LMB–1 (E.D.Va. Oct. 28, 2013).
We dispense with oral argument because
the facts and legal contentions are adequately presented in the materials before
this court and argument would not aid the
decisional process.

*AFFIRMED.*